**SADOWSKI KATZ LLP**
Robert W. Sadowski (*pro hac vice*)
Raphael Katz (*pro hac vice*)
rsadowski@sadowskikatz.com
rkatz@sadowskikatz.com
830 Third Ave, 5th Floor
New York, New York 10022
Telephone: (646) 503-5341
Fax: (646) 503-5348

**HAMMOND LAW PC**
Julian Hammond (SBN 268489)
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310 601-6766
Fax: (310) 295-2385

*Attorneys for Relator Angela Niazi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *EX REL*. ANGELA NIAZI,<br><br>　　　　　Plaintiff/Relator,<br>　v.<br><br>CVS PHARMACY, INC.,<br><br>　　　　　Defendant. | Case No.: CV 15-5518 (ODW)(FFM)<br><br>**RELATOR'S REQUEST FOR DISMISSAL OF ACTION; CONSENT OF UNITED STATES OF AMERICA AND STATE OF CALIFORNIA**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |

Pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the terms of the Settlement Agreement between and among the parties, *qui tam* plaintiff Angela Niazi ("Relator") hereby requests that the Court dismiss the above-captioned action ("this action") with prejudice as to Relator and without prejudice as to the United States of America and the State of California. A proposed Order to Dismiss Action is lodged concurrently herewith.

Dated: September 13, 2018    Respectfully submitted,
SADOWSKI KATZ LLP


/s/Robert W. Sadowski[1]
ROBERT SADOWSKI
Counsel for Angela Niazi

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

1

RELATOR'S REQUEST FOR DISMISSAL OF ACTION

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the Attorney General of the United States of America ("United States"), through the undersigned attorney, hereby consents to the dismissal of this action without prejudice as to the United States.

Dated: September 13, 2018          Respectfully submitted,

                                          NICOLA T. HANNA
                                        United States Attorney
                                        DAVID M. HARRIS
                                        Assistant United States Attorney
                                        Chief, Civil Division

                                        /s/ David K. Barrett
                                        DAVID K. BARRETT
                                        Assistant United States Attorney
                                        Chief, Civil Fraud Section
                                        Attorneys for the United States of America

**CONSENT OF THE STATE OF CALIFORNIA**

In the interests of justice, the Attorney General of the State of California ("California"), through the undersigned attorney, hereby consents to the dismissal of this action without prejudice as to California.

Dated:_September 13, 2018            Respectfully submitted,

                                             /s/ Adelina O. Berumen
                                            ADELINA O. BERUMEN
                                            Deputy Attorney General
                                            California Department of Justice
                                            Office of the Attorney General
                                            Bureau of Medi-Cal Fraud & Elder Abuse
                                            Attorney for the State of California

**SADOWSKI KATZ LLP**
Robert W. Sadowski (*pro hac vice*)
Raphael Katz (*pro hac vice*)
rsadowski@sadowskikatz.com
rkatz@sadowskikatz.com
830 Third Ave, 5th Floor
New York, New York 10022
Telephone: (646) 503-5341
Fax: (646) 503-5348

**HAMMOND LAW PC**
Julian Hammond (SBN 268489)
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310 601-6766
Fax: (310) 295-2385

*Attorneys for Relator Angela Niazi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *EX REL.* ANGELA NIAZI,<br><br>          Plaintiff/Relator,<br><br>    v.<br><br>CVS PHARMACY, INC.,<br><br>          Defendant. | Case No.: CV 15-5518 (ODW)(FFM)<br><br>**[PROPOSED]**<br>**ORDER TO DISMISS ACTION** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Qui tam* plaintiff Angela Niazi having requested, pursuant to Fed. R. Civ. P. 41(a)(2), that the above-captioned action ("this action") be dismissed with prejudice as to Angela Niazi and without prejudice as to the United States of America and the State of California, and the United States of America and State of California having consented, in the interests of justice,

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to Relator Angela Niazi and without prejudice as to the United States of America and the State of California.

Dated:_____                    _____
                                      UNITED STATES DISTRICT JUDGE