JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *EX REL.* ANGELA NIAZI<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No: **2:15-5518-ODW(FEM)**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [94]** |

1  On September 13, 2018, Plaintiff Angela Niazi filed a Request to Dismiss Case
2  pursuant to Fed R. Civ. P. 41(a)(2), with the consent of the United States and the State of
3  California. (ECF No. 94.).

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** with prejudice as to Angela Niazi and without prejudice as to the United States of America and State of California; and
2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

September 19, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**